**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed July 11, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00251-CV

## TEXAS EDUCATION AGENCY; EDWARD O'NEILL, EXECUTIVE DIRECTOR FOR THE TEXAS EDUCATION AGENCY; AND MIKE MORATH, COMMISSIONER OF EDUCATION, IN THEIR OFFICIAL CAPACITIES, Appellants

### V.

## AVONDALE HOUSE, INC., Appellee

**On Appeal from the 250th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-23-000277**

## MEMORANDUM OPINION

This is an appeal from interlocutory orders signed February 27, 2023 granting injunctive relief and granting in part and denying in part appellants' plea to the jurisdiction. On June 30, 2023, appellants filed an unopposed motion to dismiss the appeal "with prejudice." The Texas Rules of Appellate Procedure speak only of dismissal of an appeal; neither "with prejudice" nor "without

prejudice" is appended to the word "dismissal." *See* Tex. R. App. P. 42.1. We construe the motion as one for voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1). So construed, the motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson.